THE PEOPLE OF THE STATE OF NEW YORK ex rel. FOUR PARK AVE-
NUE CORPORATION, Appellant, against JOSEPH LILLY et al.,
Constituting the Tax Commission of the City of New York,
Respondents.

Argued April 17, 1945; decided May 24, 1945.

*Harry H. Chambers* and *Harry B. Chambers* for appellant.
*Ignatius M. Wilkinson, Corporation Counsel* (*Meyer H.
Mencher, Arthur H. Goldberg* and *Oscar L. Tucker* of counsel),
for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DES-
MOND, THACHER and DYE, JJ.